UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-PS-O-

FILED
05 JUN 24 PM 2:28

---

MARK A. SWIFT,

      Plaintiff,

  -v-

RICHARD C. TWEDDELL, Sheriff;
DAVID V. COLE, Undersheriff;
CHRISTOPHER LIAN, Jail Superintendent;
KEITH L. BARRETT, Captain;
CHRISTOPHER HAND, Lieutenant;
Mrs. ROSE, Head Nurse; J. SMITH, Sheriff Deputy;
V. FANZO, Sheriff Deputy; NADJADI, Sheriff Deputy;
RODBURN, Sheriff Deputy;
JOHN DOE, Mental Health (Jail);
JOHN DOE, Steuben County Mental Health;
J. OSBORNE, Nurse, Steuben County Jail;
and KENNEDY, Sheriff Deputy;

      Defendant.

05-CV-6233L(P)

MEMORANDUM and ORDER

---

Plaintiff, who is incarcerated in the Steuben County Jail Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and is deemed to have met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the

named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

SO ORDERED.

DATED:   Buffalo, New York
         June 23, 2005

                                          /s/ John T. Elfvin
                                          JOHN T. ELFVIN
                                          UNITED STATES DISTRICT JUDGE