UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT-0-
W.D.N.Y. ROCHESTER

2005 OC 20  PM 1:17

---

MARK A. SWIFT,

        Plaintiff,

        **MOTION SCHEDULING ORDER**

-vs-

        05-CV-6233L(P)

RICHARD C. TWEDDELL, Sheriff;
DAVID V. COLE, Undersheriff;
CHRISTOPHER LIAN, Jail Superintendent;
KEITH L. BARRETT, Captain;
CHRISTOPHER HAND, Lieutenant;
Mrs. ROSE, Head Nurse; J. SMITH, Sheriff Deputy;
V. FANZO, Sheriff Deputy; NADJADI, Sheriff Deputy;
RODBURN, Sheriff Deputy;
JOHN DOE, Mental Health (Jail);
JOHN DOE, Steuben County Mental Health;
J. OSBORNE, Nurse, Steuben County Jail;
and KENNEDY, Sheriff Deputy;

        Defendants.

---

On July 25, 2005, plaintiff pro se Mark Swift filed a motion for a preliminary injunction (Docket # 9, attached). Defendants' responding papers relevant to this motion must be filed with the Court by November 7, 2005. Plaintiffs response, if any, must be filed with the Court by November 21, 2005.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

**IT IS SO ORDERED.**

        _/s/ David G. Larimer_
        DAVID G. LARIMER
        UNITED STATES DISTRICT JUDGE

Dated: October 19, 2005
       Rochester, New York